**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
OCT 20 2011
OFFICE OF THE CLERK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR AN ORDER PURSUANT TO 18 U.S.C. ) <br> § 2703(d) DIRECTING Facebook.com ) <br> TO DISCLOSE BASIC SUBSCRIBER ) <br> INFORMATION, AND OTHER ) <br> RELATED INFORMATION REGARDING ) <br> USERNAME:   Citlaly Hinojosa ) <br> PROFILE ID: ) <br> http://www.facebook.com/#!/profile.php?id=100001236787448 ) | MISC. NO. 8:11MC37 |

## MOTION TO UNSEAL SEARCH WARRANT
## APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 20th day of October, 2011.

Respectfully submitted,

Deborah R. Gilg
United States Attorney

By: _____
John E. Higgins #19546
Assistant U.S. Attorney
1620 Dodge Street
Suite 1400
Omaha, NE 68102

## ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
Thomas D. Thalken
UNITED STATES MAGISTRATE JUDGE

DATED: 10/20/2011